IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff | : | Civil Action 2:14-cv-01994 |
| v. | : | Judge Marbley |
| Six Thousand and 00/100 Dollars ($6,000.00) in United States Currency, *et al.*, | : | Magistrate Judge Abel |
| | : | |
| Defendants | : | |

# ORDER

The parties' December 24, 2014 joint motion to stay (doc. 14) is GRANTED. The United States is conducting an ongoing criminal investigation involving the claimant for violations of 21 U.S.C. §§ 841, *et seq*. The Verified Complaint for Forfeiture alleges that the defendants $6,000.00 in United States Currency (Defendant One), a 1967 Ford Bronco (Defendant Two), a 1969 Pontiac Firebird (Defendant Three), a 2008 Kawasaki Brute Force ATV (Defendant Four), a 2012 Polaris Ranger RZR, 800 ATF (Defendant Five), a 2005 Honda Aqua Trax Waverunner (Defendant Six), a 2006 Honda Aqua Trax Waverunner (Defendant Seven), a Fabrique Yacht Club WC222 Trailer (Defendant Eight), and a 2012 Gator Made 16 Lowboy Trailer (Defendant Nine) are forfeitable to the United States for the same criminal activity. The parties, witnesses, facts and circumstances involved in the present forfeiture action and the related criminal investigation are the same.

Counsel are DIRECTED to make a joint written status report within 14 days of the conclusion of the criminal investigation and any resulting criminal prosecution, but in any event no later that **May 29, 2015.** If the criminal investigation/criminal prosecution is not then completed,

the status report should state the status of the investigation/prosecution and indicate when the parties expect them to conclude.

s/Mark R. Abel<br>
United States Magistrate Judge